**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

January 20, 2006

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-1342

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

    *v.*

HERMINIO GALVAN-GONZALEZ,
    *Defendant-Appellant.*

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division.

No. 03 CR 026

David H. Coar,
*Judge.*

**O R D E R**

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 543 U.S. 220 (2005), has limited the guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the guidelines' advisory status. The range under the guidelines is 57 to 71 months, and Galvan-Gonzalez' sentence of 57 months is the lowest possible guidelines sentence. The defendant did not respond to our

invitation to file an argument concerning the appropriate disposition of the appeal in light of the district court's response. We do not see any reason why Galvan-Gonzalez' sentence would be deemed "unreasonable" in post-*Booker* practice. The judgment of the district court therefore is AFFIRMED.